NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**TOPIA TECHNOLOGY, INC.,**
*Appellant*

**v.**

**BOX, INC., DROPBOX, INC.,**
*Appellees*

———————————

2024-2218, 2024-2219

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00427, IPR2023-00433.

———————————

**JUDGMENT**

———————————

MARK BOLAND, Sughrue Mion, PLLC, Washington, DC, argued for appellant.  Also represented by J. WARREN LYTLE, JR., RAJA SALIBA.

LOWELL D. MEAD, Cooley LLP, Palo Alto, CA, argued for appellees.  Also represented by REUBEN H. CHEN, HEIDI LYN KEEFE; SAMUEL WHITT, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CUNNINGHAM and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2026
Date

Jarrett B. Perlow
Clerk of Court